AO450 (Rev. 5/85) Judgement in a Civil Case

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

Frank Sanchez

**JUDGMENT IN A CIVIL CASE**

V.

Robert King and
Officer Johnson

Case Number: CIV-07-039-RAW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This action is in all respect dismissed without prejudice for failure to exhaust administrative remedies, pursuant to 42 USC 1997e(a).

| | |
|---|---|
| 3/14/08 | WILLIAM B. GUTHRIE |
| Date | Clerk |
| | s/ A Green |
| | (By) Deputy Clerk |